UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOANNE AVOLETTA                                    JURY TRIAL DEMANDED

v.                                                 CASE NO.  3:10 CV

CCB CREDIT SERVICES, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant sent plaintiff a collection letter on March 8, 2010, seeking to collect on plaintiff's personal Bank of American credit card.

7. Within 30 days of its receipt, plaintiff sent a letter dated April 7, 2010, disputing the debt and refusing to pay because she was unable to pay.

8. Defendant continued its collection efforts thereafter, including phone calls of April 26, 29, 30 and May 1, 2010.

9. Defendant called plaintiff after she told the collector to stop calling on April 30, 2010.

10. On April 26, 2010, Defendant left a message mentioning the debt on the family answering machine.

FIRST COUNT

11. In the collection efforts, defendant violated the FDCPA, § 1692c, -d, -e, or -g.

SECOND COUNT

12. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

13. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

          THE PLAINTIFF

          BY____/s/ Joanne S. Faulkner___
              JOANNE S. FAULKNER ct04137
              123 Avon Street
              New Haven, CT 06511-2422
              (203) 772-0395
              faulknerlawoffice@snet.net